**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re Application of

CHRIS TUOHY

            Petitioner,

For an Order to Obtain Discovery Pursuant to 28 U.S.C. § 1782 for Use in a Foreign Proceeding.

------------------------------------------------------------x

24-MC-605 (GHW) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 15 and 17.

The following briefing schedule will apply to Third-Party Spectrum Sleep Solutions, Inc.'s ("Spectrum") anticipated motion to intervene and to quash.

- Spectrum's motion is due **Tuesday, June 24, 2025**.
- Petitioner's opposition is due **Tuesday, July 1, 2025**.
- Spectrum's reply is due **Thursday, July 10, 2025**.

**SO ORDERED.**

Dated: June 9, 2025
New York, New York

                                              */s/ Ona T. Wang*
                                              **Ona T. Wang**
                                  United States Magistrate Judge