UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2026

------------------------------------------------------------------ X
                         :

IN RE:  APPLICATION OF CHRIS TUOHY    :
FOR AN ORDER TO TAKE DISCOVERY FOR:
USE IN A FOREIGN PROCEEDING         :             1:24-mc-605-GHW
PURSUANT TO 28 U.S.C. 1782          :
                         :               ORDER

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On November 12, 2025, Magistrate Judge Ona T. Wang issued an opinion granting the motion to intervene and denying Petitioner's motion to serve additional subpoenas. Dkt. No. 34. In that opinion, Judge Wang directed the parties to meet and confer with respect to Petitioner's discovery requests and to submit a joint status letter no later than December 19, 2022, providing the Court with an update on the status of any remaining discovery.

Pursuant to Judge Wang's November 12, 2025 order, the parties filed their joint letter on December 19, 2025, in which the parties outlined an agreed-upon discovery production schedule to "attempt to obviate further motion practice." Dkt. No. 35. The parties indicated that "[p]roduction on these conditions is expected to occur on December 22 or December 23, 2025." *Id.* And the parties requested "permission to seek the Court's intervention" in the event that "the parties cannot reach agreements on [any] disputes that arise" under the production schedule identified above. *Id.*

Given that the parties' identified production timeline has since lapsed, and given that the parties have not identified any new discovery disputes for which they seek judicial intervention, the Court understands that all issues in this matter have been resolved. Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 8, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge